## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Cause No. 3:02-CR-00002-RLY-CMM** |
| **JOSE VIGIL,** | ) | **-16** |
| | ) | |
| **Defendant.** | ) | |

### ORDER TO REDUCE TERM
### OF IMPRISONMENT TO TIME SERVED

**BEFORE THE COURT** is a motion filed by the United States of America and the

Acting Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i),

seeking a modification of the term of imprisonment of the defendant, Jose Vigil, to time served

and commencement of the five-year term of supervised release previously imposed.  The Court

finds:

1.  Defendant, Jose Vigil, was convicted of violating 21 U.S.C. §§ 841(a)(1) and 846,

Conspiracy to Possess with Intent to Distribute and to Distribute in Excess of 500 Grams of a

Mixture or Substance Containing Methamphetamine.  Mr. Vigil was sentenced to a 324-month

term of imprisonment, followed by a five-year term of supervised release.

2.  He has served 165 months (51 percent) of the sentence imposed.  His Good Conduct

release date is April 29, 2026.

3.  Mr. Vigil, age 41, is experiencing a significant decline in his physical and mental

health functioning.  He uses a wheelchair for ambulation, requires assistance with most of his

activities of daily living (ADL), and is confined to a bed or chair more than 50 percent of his

waking hours.

    4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.   The Acting Director of the Bureau of Prisons contends, and this Court agrees, that the defendant's debilitated and deteriorating medical condition constitutes extraordinary and compelling reasons that warrant the requested reduction.

    **IT IS THEREFORE ORDERED** that the defendant's term of imprisonment is hereby reduced to the time he has already served.

    **IT IS FURTHER ORDERED** that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

    **IT IS FURTHER ORDERED** that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the five-year term of supervised release previously imposed.

    **DONE AND ORDERED THIS 21ST DAY OF JULY 2016.**

                              RICHARD L. YOUNG,  CHIEF JUDGE
                              United States District Court
                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record
U.S. Probation
U.S. Marshal